**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT ANTHONY CHAVEZ, ) | NO. CV 13-7468-AS |
| ) Petitioner, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | |
| RON E. BARNES, Warden, ) | |
| ) Respondent. ) | |
| ) | |

Pursuant to the "Memorandum Decision and Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

Dated: May 4, 2015.

                    /s/
              ALKA SAGAR
        UNITED STATES MAGISTRATE JUDGE